**Copyrights-In-Suit for IP Address 24.12.242.147**

**ISP:** Comcast Cable
**Location:** Downers Grove, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/22/2012 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 08/21/2012 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 12/02/2012 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 07/21/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/13/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 07/21/2012 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 12/02/2012 |
| Pink Orgasm | PA0001797944 | 07/16/2012 | 07/18/2012 | 12/02/2012 |
| Silvie Eufrat Strip Poker | PA0001775909 | 02/06/2012 | 02/17/2012 | 07/21/2012 |
| The Art of Anal Sex | PA0001776834 | 04/25/2011 | 02/21/2012 | 10/24/2012 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 08/21/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/22/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 12**

EXHIBIT B

NIL35